Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York  10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

L&M FOOD GROUP

        Plaintiff,

   - against -

M/V MAERSK PECEM, her engines, boilers, etc;
and A.P. MOLLER – MAERSK A/S

        Defendants.
-------------------------------------------------------------X

07 Civ. _6669_

**FRCP RULE 7.1**
**DISCLOSURE STATEMENT**

NOW comes plaintiff, L&M FOOD GROUP, and submits in duplicate its Disclosure

Statement pursuant to F.R.Civ.P., Rule 7.1:

L&M FOOD GROUP is a privately owned company with no publicly traded parents,

affiliates and/or subsidiaries.

Dated: New York, New York
     July 24, 2007

        CASEY & BARNETT, LLC
        Attorneys for Plaintiff

By:   _Martin F. Casey_
        Martin F. Casey (MFC-1415)
        317 Madison Avenue, 21st Floor
        New York, New York 10017
        (212) 286-0225