Martin F. Casey (MFC -1415)
**CASEY & BARNETT, LLC**
317 Madison Avenue, 21st Floor
New York, New York  10017
(212) 286-0225
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| L&M FOOD GROUP | 07 Civ. 6669 |
| Plaintiff, | |
| - against - | FRCP RULE 7.1 **DISCLOSURE STATEMENT** |
| M/V MAERSK PECEM, her engines, boilers, etc; and A.P. MOLLER – MAERSK A/S | |
| Defendants. | |

------------------------------------------------------------X

NOW comes plaintiff, L&M FOOD GROUP, and submits in duplicate its Disclosure Statement pursuant to F.R.Civ.P., Rule 7.1:

L&M FOOD GROUP is a privately owned company with no publicly traded parents, affiliates and/or subsidiaries.

Dated: New York, New York
       July 24, 2007

                                        CASEY & BARNETT, LLC
                                        Attorneys for Plaintiff

                                    By: /s/ Martin F. Casey
                                        Martin F. Casey (MFC-1415)
                                        317 Madison Avenue, 21st Floor
                                        New York, New York 10017
                                        (212) 286-0225