USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

L&M FOOD GROUP,

    Plaintiff,

  - against -

M/V MAERSK PECEM etc et al.

    Defendants
------------------------------------------------------X

07 Civ. 6669 (DC)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       February 12, 2008
       176-19

                **CASEY & BARNETT, LLC**
                Attorneys for Plaintiff

      By: _/s/ Martin F. Casey_
             Martin F. Casey (MFC-1415)
             317 Madison Avenue, 21st Floor
             New York, New York 10017
             (212) 286-0225

**SO ORDERED:**

_/s/_
U.S.D.J.

2/14/08

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
L&M FOOD GROUP,

        Plaintiff,

    - against -

M/V MAERSK PECEM etc et al.

        Defendants
------------------------------------------------------X

07 Civ. 6669 (DC)

**NOTICE AND ORDER OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed with prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       February 12, 2008
       176-19

                              **CASEY & BARNETT, LLC**
                              Attorneys for Plaintiff

By: *Martin F. Casey*
      Martin F. Casey (MFC-1415)
      317 Madison Avenue, 21st Floor
      New York, New York 10017
      (212) 286-0225

**SO ORDERED:**

_____
U.S.D.J.
2/14/08